IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID A. MILLER,

        Plaintiff,

      v.

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

       Defendant.

Civil No. 07-267-JE

ORDER

MARSH, Judge.

    Magistrate Judge John Jelderks filed his Findings and Recommendation on May 19, 2008. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. See §636(b)(1)(C); Simpson v. Lear Astronics Corp., 77 F.3d 1170, 1174-5 (9th Cir. 1996). Having reviewed the legal principles de novo, I find no error.

    Accordingly, I ADOPT Magistrate Judge Jelderks' Findings and Recommendation #27. This action is reversed and remanded to the Commissioner for further proceedings. Plaintiff's mental RFC will be expressly assessed, and any hypothetical ultimately posed to a

VE will reflect the limitations set out in that assessment.

IT IS SO ORDERED.

DATED this __16__ day of June, 2008.

_/S/  MALCOLM F. MARSH_____
Malcolm F. Marsh
United States District Judge