IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID A. MILLER,

        Plaintiff,

   v.

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

        Defendant.

Civil No. 07-267-JE

JUDGMENT

Based on the record and the Order filed herewith, this action is reversed and remanded to the Commissioner for further proceedings consistent with the Findings and Recommendation (#27).

IT IS SO ORDERED.

DATED this __16__ day of June, 2008.

                      /S/  Malcolm F. Marsh
                          Malcolm F. Marsh
                          United States District Judge