WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 94464
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED '08 SEP 15 14:53 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**DAVID MILLER**,

    Plaintiff,

vs.

**COMMISSIONER of Social Security**,

    Defendant.

CV # 07-267-JE

ORDER

Attorney fees in the amount of $8,250.00 are hereby awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

DATED this **15** day of **September**, 2008.

_____
John Jelderks
United States ~~District~~/Magistrate Judge

Submitted on September 12, 2008 by:

/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1